IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
AT MEMPHIS

FILED BY _____ D.C.

05 DEC -1 PM 2: 50

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

DOROTHY M. BROOKS,

    Plaintiff/Counter-Defendant,

                                           Docket No.: 05-cv2685-M1/V

ALLSTATE INSURANCE COMPANY,

    Defendant/Counter-Plaintiff.

---

## RULE 16(B) SCHEDULING ORDER

---

Pursuant to written notice, a scheduling conference was held on November 3, 2005. Present was ~~were Tarry Beasley, counsel for Plaintiff, and~~ David M. Waldrop, counsel for defendants (Tarry Beasley, counsel for plaintiff, was not present). At the conference, the following dates were established as the final dates for:

INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. 26(a) (1): December 15, 2005

~~JOINING PARTIES~~          ~~December 15, 2005~~
Joining Parties
DEADLINE:                    February 7, 2006

AMENDING PLEADINGS:          February 7, 2006

INITIAL MOTIONS TO DISMISS:  March 6, 2006

COMPLETING ALL DISCOVERY:    July 6, 2006

    (a) DOCUMENT PRODUCTION:  July 6, 2006

    (b) DEPOSITIONS, INTERROGATORIES AND
        REQUESTS FOR ADMISSIONS:          July 6, 2006

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __12-1-05__

9

      (c) EXPERT WITNESS DISCLOSURE (Rule 26):

|  |  |
|---|---|
| (1) DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION: | May 2, 2006 |
| (2) DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION: | June 2, 2006 |
| (3) EXPERT WITNESS DEPOSITIONS: | July 6, 2006 |
| FILING OF DISPOSITIVE MOTIONS: | August 9, 2006 |

OTHER RELEVANT MATTERS:

      No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

      Motions to compel discovery are to be filed and served b the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

      The case is set for jury trial, and the trial is expected to last 3 days. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

      This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation after the close of discovery.

      The parties are reminded that pursuant to Local Rule 11(a) (1) (A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

      The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

      The parties ~~have~~/have not consented to trial before the magistrate judge.

      This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

**IT IS SO ORDERED.**

*Dianne K. Vescovo*
DIANNE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

DATE: *December 1, 2005*

APPROVED BY:

_____
T. Tarry Beasley, II
Attorney for Plaintiff
1850 Poplar Crest Cove, Suite 200
Memphis, TN 38119
(901) 682-8000

_____
DAVID M. WALDROP BPR 13079
Attorney for Defendant
Allstate Insurance Company
9032 Stone Walk Place
Germantown, TN 38138
(901) 759-3489
File No. 2.3077

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:05-CV-02685 was distributed by fax, mail, or direct printing on December 1, 2005 to the parties listed.

---

T. Tarry Beasley
LAW OFFICES OF T. TARRY BEASLEY, II
1850 Poplar Crest Cove
Ste. 200
Memphis, TN 38187

David M. Waldrop
HOLLEY WALDROP NEARN & LAZAROV
9032 Stone Walk Place
Germantown, TN 38138

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT