FILED BY _____ D.C.

05 DEC -6 AM 9: 44

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| DOROTHY M. BROOKS, ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | No. 05-cv2685-Ml/V |
| ) | |
| ALLSTATE INSURANCE COMPANY, ) | |
| ) | |
| Defendant/Counter-Plaintiff. ) | |
| ) | |

ORDER SETTING TRIAL AND PRETRIAL DATES

Pursuant to Local Rule 72.1(f), a Rule 16(b) Scheduling Order was entered on December 1, 2005, by United States Magistrate Judge Dianne K. Vescovo. In accordance with the deadlines established in that order, trial and pretrial dates are set as follows before the District Court:

1. The jury trial in this matter, which is anticipated to last three (3) days, is set to begin <u>Friday, October 13, 2006 at 9:30 a.m.</u> in courtroom no. 4.

2. A pretrial conference is set for <u>Friday, October 6, 2006 at 8:45 a.m.</u>

3. The joint pretrial order and proposed jury instructions and voir dire questions are due by no later than 4:30 p.m. on <u>September 29, 2006</u>.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on __12-6-05__



Absent good cause, the dates established by this order shall not be extended or modified.

IT IS SO ORDERED this 5 day of December, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CV-02685 was distributed by fax, mail, or direct printing on December 6, 2005 to the parties listed.

---

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

David M. Waldrop
HOLLEY WALDROP NEARN & LAZAROV
9032 Stone Walk Place
Germantown, TN 38138

T. Tarry Beasley
LAW OFFICES OF T. TARRY BEASLEY, II
1850 Poplar Crest Cove
Ste. 200
Memphis, TN 38187

Honorable Jon McCalla
US DISTRICT COURT